ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

OCT 18 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
 )
MICHAELINA I NOWICKI ) Case No. 08-51996 CN
 )
 ) **NOTICE OF UNCLAIMED DIVIDEND**
 )
 Debtor )
 )
_____)

The final dividend to Creditor, ANCHOR OAKS COMMUNITY ASSOC in the above entitled matter was returned marked: RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $158.87 as an unclaimed dividend.

Claim # 7   ANCHOR OAKS COMMUNITY ASSOC
            P O BOX 1730
            MARINA, CA 93933

Dated: October 17, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013



RECEIVED
MAY 21 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

NIXIE        951   5E 1           00  05/20/10
      RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
      UNABLE TO FORWARD
BC: 95150001313        *1356-22361-12-40

Case: 08-51996   Doc# 48   Filed: 10/18/11   Entered: 10/31/11 16:44:07   Page 2 of 2